UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN OLESKI,<br>    Plaintiff<br><br>v.<br><br>NORWALK HOSPITAL<br>    Defendant | Civil Action No.<br><br><br>NOVEMBER 2, 2018 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Norwalk Hospital respectfully states:

1. On or about October 3, 2018, an action was commenced against Defendant in the Superior Court for the Judicial District of New Haven, in the State of Connecticut, captioned Lynn Oleski v. Norwalk Hospital, NNH-CV18- 6085503-S ("State Action"), by service of process on Defendant's agent for service in Connecticut. Copies of all process, pleadings and orders served upon Defendant Norwalk Hospital in the State Action are annexed hereto as Exhibit A.

2. This action is removed to this Court on the ground that original jurisdiction exists pursuant to 28 U.S.C. § 1331, federal question jurisdiction. Plaintiff Lynn Oleski alleges that Defendant Norwalk Hospital violated her rights under the First Amendment to the United States Constitution.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. Defendant Norwalk Hospital first received the complaint upon which this removal is based by service on October 3, 2018. Therefore, this Petition for Removal is filed with this Court within thirty (30) days, as calculated under Rule 6 of the Federal Rules of Civil Procedure.

5. Defendant Norwalk Hospital submits this Petition for Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

6. This Petition will be filed promptly with the Superior Court for the Judicial District of New Haven, as required by 28 U.S.C. § 1446(d).

7. By copy of this document and in accordance with the Certificate of Service, Defendant Norwalk Hospital is providing notice to all parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Norwalk Hospital respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of New Haven, be removed to this Court.

DEFENDANT,
NORWALK HOSPITAL

By: */s/ Beverly W. Garofalo*
Beverly W. Garofalo (ct 11439)
Jennifer L. Schancupp (ct 11876)
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
beverly.garofalo@jacksonlewis.com
jennifer.schancupp@jacksonlewis.com

## **CERTIFICATION OF SERVICE**

I hereby certify that on November 2, 2018, a copy of the foregoing was filed electronically. A copy has been served via first-class mail, postage prepaid, to all parties of record as follows:

> Eric R. Brown, Esq.
> Law Offices of Eric R. Brown
> P.O. Box 615
> Watertown, CT 06795

> /s/ *Jennifer L. Schancupp*
> Jennifer L. Schancupp